```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED D. RENFRO
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone (559) 497-4000
5
                                              FILED
6  Attorneys for the
   United States of America                   JUN 28 2011

7                                             CLERK, U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF CALIFORNIA
                                              BY _____
                                                    DEPUTY CLERK

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    )  Case No.: 1:11 CR 00205 GSA
                                )
11        Plaintiff,            )
                                )  VIOLATIONS:
12   v.                         )  21 U.S.C. § 844(a) - Possession of
                                )  methamphetamine.
13 PABLITO ETRATA,              )
                                )  [Class A Misdemeanor]
14        Defendant.            )
```

INFORMATION

COUNT ONE: [21 U.S.C. § 844(a) - Possession of methamphetamine]

The United States Attorney further charges: T H A T

PABLITO ETRATA,

defendant herein, between on or about March 28, 2010, in Tule River Indian Reservation, in the State and Eastern District of California, did knowingly and intentionally possess a controlled

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

1  substance, to wit: methamphetamine, in violation of 21 U.S.C. §
2  844(a).

5  DATED: June 28, 2011           BENJAMIN B. WAGNER
6                                 United States Attorney

8                             By: /s/ Jared D. Renfro
9                                 JARED D. RENFRO
10                                Special Assistant U.S.
11                                Attorney