```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED D. RENFRO
    Special Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone (559) 497-4000
 5
 6  Attorneys for the
     United States of America
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE, AND ORDER THEREON |
| v. | ) | |
| PABLITO ETRATA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference currently scheduled before the Hon. Gary S. Austin for August 11, 2011, at 9:00 am be continued to August 25, 2011, at 9:00 am.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for availability of counsel and effective prosecution preparation

/ / /

/ / /

/ / /

```
1  pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv).
2
3                                        BENJAMIN B. WAGNER
                                         United States Attorney
4
5
   DATED: June 29, 2011          By    /s/ Jared D. Renfro
6                                      JARED D. RENFRO
                                       Special Assistant U.S. Attorney
7
8  DATED: June 29, 2011          By    /s/ Rachel Hill
                                       RACHEL HILL
9                                      Assistant Federal Defender
                                       Attorney for Defendant
10                                     PABLITO ETRATA
```

ORDER

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)

DATED: June ___, 2011

_____
DENNIS L. BECK, Magistrate Judge
United States District Court