```
BENJAMIN B. WAGNER
United States Attorney
JARED D. RENFRO
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

Attorneys for the
 United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00205 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE, AND ORDER THEREON |
| v. | ) | |
| PABLITO ETRATA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference currently scheduled before the Hon. Gary S. Austin for August 11, 2011, at 9:00 am be continued to August 25, 2011, at 10:00 am before Magistrate Judge Beck

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for availability of counsel and effective prosecution preparation

/ / /

/ / /

1  / / /

2  pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv).

3

4                                              BENJAMIN B. WAGNER
                                               United States Attorney
5

6
   DATED: June 29, 2011          By     /s/ Jared D. Renfro
7                                       JARED D. RENFRO
                                        Special Assistant U.S. Attorney
8

9  DATED: June 29, 2011          By     /s/ Rachel Hill
                                        RACHEL HILL
10                                      Assistant Federal Defender
                                        Attorney for Defendant
11                                      PABLITO ETRATA

12

13

...

28

                                    2   Stipulation to Continue Status Conference
                                                               and Order Thereon

ORDER

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)

DATED: July 1, 2011

```
          /s/ Dennis L. Beck
     DENNIS L. BECK, Magistrate Judge
     United States District Court
```