**United States District Court**
**Violation Notice**

CVB Location Code: CA47

Violation Number: 2740687
Officer Name (Print): VIZCAINO
Officer No: B5058

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION
Date and Time of Offense (mm/dd/yyyy): 03/28/2011 17:09
Offense Charged: ☑ CFR ☐ USC ☐ State Code: 21 USC 844
Offense Description: POSSESSION OF A CONTROLLED SUBSTANCE
Factual Basis for Charge: POSSESSION OF A CONTROLLED SUBSTANCE

Place of Offense: 601 S RESERVATION ROAD, RUNS, CA EAGLE MOUNTAIN CASINO

DEFENDANT INFORMATION
Last Name: ETRATA
First Name: PABLITO
M.I.: S

VEHICLE VIN: [redacted]
Tag No / State / Year / Make/Model / PASS / Color / CMV

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ ___ Forfeiture Amount
+ $25 Processing Fee
$ ___ Total Collateral Due

YOUR COURT DATE
Court Address / Date / Time

X Defendant Signature

---

FILED
-4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

1:11CR00205

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 3/28/, 20 11 while exercising my duties as a law enforcement officer in the Eastern District of California:

ETRATA HAS BEEN TAKEN INTO CUSTODY PURSUANT TO 21 USC 844.

I HAD BEEN RADIO DISPATCHED TO EAGLE MOUNTAIN CASINO FOR (1) ONE SUBJECT DETAINED FOR LOITERED NARCOTICS. UPON FURTHER INVESTIGATION & REVIEW OF VIDEO SURVEILLANCE IT WAS DETERMINED THE LOCATED PLASTIC BAGGIE BELONGED TO ETRATA.

THE SUBSTANCE WAS TESTED & TOTAL TESTED PRESUMPTIVE POSITIVE AS METHAMPHETAMINE.

DURING PROCESSING AT TRIPD ADDITIONAL PRODUCT WAS LOCATED. IT TOO TEST PRESUMPTIVE POSITIVE AS METHAMPHETAMINE.

HE WAS CITED & RELEASED.

The foregoing statement is based upon:
☑ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 3/28/11  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle

CVB Scan 4/6/2011 15:03:51